**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Susan M. Rohde

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John P. James

Firm Name: Lommen Nelson Cole & Stageberg, PA

Post Office Box:

Street Address: 80 South Eighth Street, Suite 2000

City-State-Zip: Minneapolis, MN 55402

Telephone & Facsimile Numbers: 612.339.8131

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 2 2 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ $210,142.37
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.