IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. RHODE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of forty-five days from January 20, 2006, to and including March 6, 2006, within which to file its answer or other response in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that the IRS is continuing its search for the complete administrative file in this action. The IRS has forwarded to defendant's trial attorney its defense recommendation and the administrative files that have been located to date. However, the IRS is searching for additional administrative files which are necessary in order to prepare a meaningful response to the complaint. Defendant's trial attorney expects to receive the full administrative file and to respond to the complaint within the time requested.

Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
Of Counsel

January 19 , 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement of Time has, this 19th day of January 2006, been made on plaintiff by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

John P. James, Esquire
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

s/Jennifer Dover Spriggs
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440