IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. RHODE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of four days from March 6, 2006, to and including March 10, 2006, within which to file its answer or other response in the above-captioned case. This is the second enlargement of time requested for this purpose, the first enlargement having been allowed for a total of 45 days.

In support of this motion, defendant states that the IRS has continued its search for the complete administrative file in this action. The IRS has forwarded to defendant's trial attorney its defense recommendation and the administrative files that have been located to date. Defendant has been authorized by the Internal Revenue Service ("IRS") to file a counterclaim in this action and the IRS has identified an employee who is believed to be knowledgeable about the facts relevant to the counterclaim. Defendant's trial attorney has contacted that person to

obtain advice regarding the framing of the counterclaim. Defendant will prepare its answer and counterclaim based on the available information with the enlargement requested.

Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

March 6, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement of Time has, this ____ day of March 2006, been made on plaintiff by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

John P. James, Esquire
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

______________________________
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440