IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A to the Rules of the United States Court of Federal Claims, the parties submit the following information:

In Response to Paragraph 4 of Appendix A:

a. Jurisdiction. The parties believe that, if this Court has jurisdiction, it is based upon 28 U.S.C. § 1491 (a)(1).

b. Consolidation. The parties are unaware of any case with which this case should be consolidated.

c. Bifurcation of trial. While the parties agree that separate trials on the questions of liability and damages (i.e., the amount of any overpayment of tax and interest) should be

unnecessary in this case, we would ask that the Court determine the question of liability only and thereafter permit the parties a reasonable period of time within which to perform and agree upon any necessary recomputation of tax liability and interest due, with a view to the parties submitting an agreed stipulation as to the amount of the judgment. This will avoid unnecessary time at trial devoted to the question of computations.

d. Deferral of proceedings. The parties know of no case pending before this Court that would justify deferral of proceedings in this case.

e. Remand or suspension. The parties do not now anticipate seeking a suspension of this case, and remand of a tax refund suit is inappropriate.

f. Additional parties. The parties do not know of any additional parties to be joined.

g. Dispositive motions. At this time, no final determination has been made with respect to any dispositive motion. If circumstances change based upon facts developed during discovery the parties shall notify the Court and propose a schedule for any intended filing.

h. Issues. The issue in any tax refund case is whether the plaintiff has overpaid its tax liability. The following are the subsidiary issues that the parties have identified at this time:

1. Whether under I.R.C. § 6672 plaintiff was required to collect, truthfully account for, and pay over the federal employment taxes withheld from the wages of employees of TechArch, Inc. for the quarters ended March 31, 2001, June 30, 2002, and September 30, 2002.

2. Whether plaintiff willfully failed to account for, collect or pay over the federal employment taxes withheld from the wages of the employees of TechArch, Inc. for the quarters ended March 31, 2001, June 30, 2002, and September 30, 2002.

i. Settlement and ADR. The parties have discussed settlement and contemplate future settlement negotiations. At this time, defendant cannot tell whether ADR is a viable alternative in this case. If it later appears that ADR would be beneficial, defendant will advise plaintiff and the Court. Plaintiff has informed defendant, through counsel, that she reserves the right to request ADR if, during the litigation, it appears to be useful.

j. Trial. Further development of the factual record will be required before the parties can determine whether a trial will be necessary in this case.

k. Special issues. The parties do not know of any special issues regarding electronic case management needs.

l. Other information. The parties do not know of any other information of which the Court should be aware.

In Response to Paragraph 5 of Appendix A:

The parties propose the following tentative schedule for completion of fact discovery[1] and other pretrial matters:

1. Discovery by the parties shall be completed by October 31, 2006.

2. Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

Respectfully submitted,

[1] The parties do not anticipate that any expert witnesses will prepare expert reports or be called to testify in this action.

4/20/06 *s/John P. James*
Date

JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

4/27/06 s/Jennifer Dover Spriggs
Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

4/27/06 s/Steven I. Frahm
Date

Of Counsel

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that service of the Joint Preliminary Status Report has, this 27th day of April 2006, been made on plaintiff's counsel by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

John P. James, Esquire
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

___s/Jennifer Dover Spriggs___________________________
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6441