# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
SUSAN M. ROHDE *
*
*Plaintiff,* *
* Case No. 05-1226 T
v. *
* Senior Judge Smith
THE UNITED STATES, *
* Filed: May 12, 2006
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING CONFERENCE ORDER**

The Court hereby SCHEDULES the preliminary scheduling telephone conference to be held on Tuesday, May 23, 2006 at 3:30 p.m. EDT.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE