# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
SUSAN M. ROHDE *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-1226 T

Senior Judge Smith

Filed: May 24, 2006

**SCHEDULING ORDER**

Pursuant to the Preliminary Scheduling Conference held on held on Tuesday, May 23, 2006, the Court hereby ORDERS the following:

1) Discovery to be completed by October 31, 2006.
2) Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

The Court further SCHEDULES a telephone status conference to be held on Wednesday, December 13, 2006, at 3:30 p.m. EST to discuss further litigation in this matter.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE