IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. RHODE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties respectfully move for an enlargement of time of one hundred twenty days from October 31, 2006, to and including February 28, 2007, within which to complete discovery in this case. This is the first enlargement of time requested for this purpose. In support of this motion, the parties state as follows:

Plaintiff has submitted a draft settlement proposal in this action. The parties are currently engaged in settlement discussions and informal discovery in connection with the draft settlement proposal. The outcome of the parties' settlement discussions may serve to limit the scope of any additional discovery to be completed in this case. Thus, in an effort to secure an efficient and inexpensive determination in this matter, the parties request additional time to complete discovery in order to allow the parties time to finalize all settlement discussions.

WHEREFORE, the parties request that their motion be granted and that the scheduling order be revised as follows:

1. Discovery is to be completed by February 28, 2007.

2. Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

3. The telephonic status conference currently scheduled for December 3, 2006, shall be rescheduled to April 16, 17, or 18, 2007, at 3:30 p.m. (EST).

Respectfully submitted,

10/24/06
Date

*s/John P. James*

JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

10/24/06
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

10/24/06
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant