# In the United States Court of Federal Claims

| | |
|---|---|
| **SUSAN M. RHODE,** *Plaintiff,* v. **THE UNITED STATES,** *Defendant.* | Case No. 05-1226 T<br>Senior Judge Smith<br>Filed: October 26, 2006 |

**ORDER**

The Court hereby GRANTS the Joint Motion for Enlargement of Time. Discovery shall be completed by Wednesday, February 28, 2007. Within 30 days of the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

The Court hereby RESCHEDULES the telephone status conference scheduled for December 13, 2006 to Tuesday, April 17, 2007 at 3:30 p.m. EDT.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge