IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. RHODE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties respectfully move for an enlargement of time of ninety days from February 28, 2007, to and including May 29, 2007, within which to complete discovery in this case. This is the second enlargement of time requested for this purpose, the first enlargement of time having been granted for a total of one hundred twenty days. In support of this motion, the parties state as follows:

Counsel for the parties have consulted about an overall plan for the completion of all remaining discovery in the instant action. Based upon that discussion, it was determined that additional time is needed in order to complete discovery in this action. Once discovery is complete, the parties will be able to conclude settlement discussions and to advise the Court with respect to further proceedings.

WHEREFORE, the parties request that their motion be granted and that the scheduling order be revised as follows:

1. Discovery is to be completed by May 29, 2007.

2. Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

3. The telephonic status conference currently scheduled for April 17, 2007, shall be rescheduled to June 27, 28, or 29, 2007, at 3:30 p.m. (EST).

Respectfully submitted,

2/21/07 — *s/John P. James*

Date

JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

2/21/07 — s/Jennifer Dover Spriggs

Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

2/21/07 — s/Steven I. Frahm

Date

Of Counsel

Attorneys for Defendant