# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
SUSAN M. ROHDE *
*Plaintiff,* *
v. * Case No. 05-1226 T
THE UNITED STATES, * Senior Judge Smith
*Defendant.* * Filed: March 5, 2007
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS the Joint Motion for Enlargement of Time within which to complete discovery in this matter. Discovery shall be competed by May 19, 2007. Within 30 days following the close of discovery, the parties shall file a joint status report with regard to further proceedings in this case. The Court shall schedule a telephone status conference after the status report has been filed.

The Court notes that Plaintiff's last name is spelled differently in the joint motion than found in the complaint. Counsel for Plaintiff is to verify the spelling and provide the Court with the proper spelling if different than above.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE