# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

SUSAN M. ROHDE

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-1226 T

Senior Judge Smith

Filed: April 11, 2007

**AMENDED ORDER**

The Court hereby AMENDS its Order dated March 5, 2007, to reflect May 29, 2007 as the proper discovery deadline. The status report remains due 30 days after the close of discovery.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE