IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties respectfully move for an enlargement of time of sixty-two days from May 29, 2007, to and including July 30, 2007, within which to complete discovery in this case. This is the third enlargement of time requested for this purpose, the first two enlargements of time having been granted for a total of two hundred ten days. In support of this motion, the parties state as follows:

Counsel for the parties have engaged in extensive settlement discussions with respect to a draft settlement proposal which plaintiff has submitted. In connection with the draft settlement proposal, the parties have cooperatively conducted informal discovery. Therefore, the parties request additional time to complete any formal discovery that may be necessary in this action.

This enlargement of time is requested in order to allow the parties additional time to complete all settlement negotiations and to attempt to narrow the scope of any additional discovery.

WHEREFORE, the parties request that their motion be granted and that the scheduling order be revised as follows:

1. Discovery is to be completed by July 30, 2007.

2. Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

Respectfully submitted,

5/8/2007
Date

s/John P. James

JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

5/8/2007
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

5/8/2007
Date

s/Steven I. Frahm

Of Counsel

Attorneys for Defendant