# In the United States Court of Federal Claims

| | |
|---|---|
| SUSAN M. ROHDE<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Case No. 05-1226 T<br><br>Senior Judge Smith<br><br>Filed: May 9, 2007 |

**ORDER**

The Court hereby **GRANTS** the Joint Motion for Enlargement of Time within which to complete discovery in this matter. Discovery shall be competed by July 30, 2007. Within 30 days following the close of discovery, the parties shall file a joint status report with regard to further proceedings in this case. The Court shall schedule a telephone status conference after the status report has been filed.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE