IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties respectfully move for an enlargement of time of thirty-two days from July 30, 2007, to and including August 31, 2007, within which to complete discovery in this case. This is the fourth enlargement of time requested for this purpose, the first three enlargements of time having been granted for a total of two hundred seventy-two days. In support of this motion, the parties state as follows:

Counsel for the parties have been engaged in ongoing settlement discussions with respect to a draft settlement proposal submitted by plaintiff. In connection with the draft settlement proposal, the parties have cooperatively conducted informal discovery. The parties request additional time to complete any formal discovery that may be necessary in this action. This

enlargement of time is requested in order to accommodate scheduling issues during July and August.

WHEREFORE, the parties request that their motion be granted and that the scheduling order be revised as follows:

1. Discovery is to be completed by August 31, 2007.

2. Within 30 days following the close of discovery, the parties shall file a joint status report respecting proposed further proceedings in this case.

Respectfully submitted,

7/5/2007
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

7/5/2007
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

7/5/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant