# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

| | | |
|---|---|---|
| | * | |
| SUSAN M. ROHDE, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. 05-1226 T |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: July 6, 2007 |
| *Defendant.* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**ORDER**

The Court hereby **GRANTS** the Joint Motion for Enlargement of Time within which to complete discovery in this matter. Discovery shall be competed by August 31, 2007. Within 30 days following the close of discovery, the parties shall file a joint status report with regard to further proceedings in this case. In the event the matter is not settled, the Court shall schedule a telephone status conference after the status report has been filed.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE