IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR SUSPENSION
OF PROCEEDINGS

Pursuant to RCFC 7(b), the parties hereby move the Court for an order suspending proceedings in the above-captioned case for 90 days, from August 23, 2007, to and including November 21, 2007. This is the first suspension of proceedings requested for this purpose.

In support of this motion, the parties state as follows:

Counsel for plaintiff has discussed with defendant's trial attorney a settlement proposal in the instant action. Defendant's trial attorney anticipates that plaintiff's proposal will lead to a settlement offer that she will favorably recommend.

The parties anticipate that final negotiations with respect to the settlement of all issues in the instant action will be completed within 90 days. The parties believe that a suspension of proceedings is appropriate and thus request a period of 90 days in which to complete all

settlement negotiations.[1] The parties will file a joint status report on or before November 21, 2007, if a stipulation for dismissal has not been filed.

[1] In the event that the case does not settle, defendant will need to complete depositions which were to be rescheduled while the parties engaged in the settlement discussions that give rise to this motion.

WHEREFORE, the parties request that their joint motion for suspension of proceedings be granted.

Respectfully submitted,

8/22/07 s/John P. James
Date

JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

8/22/07 s/Jennifer Dover Spriggs
Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

8/22/07 s/Steven I. Frahm
Date

Of Counsel

Attorneys for Defendant