# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SUSAN M. ROHDE, | | |
| *Plaintiff,* | | Case No. 05-1226 T |
| v. | | Senior Judge Smith |
| THE UNITED STATES, | | Filed: August 24, 2007 |
| *Defendant.* | | |

**ORDER**

The Court hereby **GRANTS** the Joint Motion for Suspension of the Proceedings for 90 days. In the event the matter is not settled within that time period, the parties shall file a status report on or before November 21, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE