IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT AND JOINT MOTION
FOR SUSPENSION OF PROCEEDINGS

Pursuant to the Court's order of August 24, 2007, the parties submit the following Joint Status Report and Joint Motion for Suspension of Proceedings.

1. Plaintiff has submitted a settlement offer in the above-captioned matter which defendant's trial attorney will favorably recommend.

2. Defendant's trial attorney is in the process of finalizing her recommendation with respect to plaintiff's settlement offer. That recommendation will be forwarded to the supervising attorney assigned to this case and the Section Chief for review and decision.

3. Accordingly, the parties recommend that the suspension of proceedings in the instant action continue with the parties to file a joint status report on or before December 7, 2007, regarding the status of plaintiff's settlement offer.

Respectfully submitted,

11/19/2007
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

11/19/2007
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

11/19/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant