# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| SUSAN M. ROHDE, | * | |
| *Plaintiff,* | * | Case No. 05-1226 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: December 5, 2007 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** the Joint Motion for Suspension of the Proceedings. The parties are directed to file a joint status report on or before December 7, 2007 regarding the status of Plaintiff's settlement offer.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE