# In the United States Court of Federal Claims

| | |
|---|---|
| SUSAN M. ROHDE, | |
| *Plaintiff,* | Case No. 05-1226 T |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: December 10, 2007 |
| *Defendant.* | |

**ORDER**

Pursuant to the Joint Status Report filed on December 7, 2007, the Court hereby **CONTINUES** the Stay in this matter. The parties are directed to file a joint status report on or before December 19, 2007 regarding the status of Plaintiff's settlement offer.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE