IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of December 10, 2007, the parties submit the following Joint Status Report.

1. Plaintiff has submitted a settlement offer in the above-captioned matter which defendant's trial attorney has favorably recommended.

2. Final action on plaintiff's offer will be taken by the Attorney General, or an official designated by him for this purpose.

3. Accordingly, the parties recommend that the suspension of proceedings in the instant action continue with the parties to file a joint status report on or before January 4, 2007, regarding the status of plaintiff's settlement offer.

Respectfully submitted,

12/19/2007
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

12/19/2007
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

12/19/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant