# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
SUSAN M. ROHDE, *
*Plaintiff,* *
v. *
THE UNITED STATES, *
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-1226 T

Senior Judge Smith

Filed: January 2, 2008

**ORDER**

Pursuant to the Joint Status Report filed on December 19, 2007, the Court hereby **CONTINUES** the Stay in this matter. The parties are directed to file a joint status report on or before January 4, 2008 regarding the status of Plaintiff's settlement offer.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE