IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of January 2, 2008, the parties submit the following Joint Status Report.

1. On December 21, 2007, plaintiff's settlement offer was accepted on behalf of the Attorney General.

2. Once the terms agreed to pursuant to the settlement have been accomplished, a stipulation of dismissal will be filed with the Court.

3. The parties anticipate that a stipulation of dismissal will be filed within 30 days.

4. Accordingly, the parties recommend that the suspension of proceedings in the instant action continue with the parties to file a joint status report on or before February 4, 2008, if a stipulation of dismissal has not been filed by that date.

Respectfully submitted,

1/4/2008
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

1/4/2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

1/4/2008
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant