# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| SUSAN M. ROHDE, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. 05-1226 T |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: January 4, 2008 |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the Joint Status Report filed on January 4, 2008, the Court hereby **CONTINUES** the Stay in this matter. In the event the matter is not dismissed by February 4, 2008, the parties are directed to file a joint status report at that time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE