IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of January 4, 2008, the parties submit the following Joint Status Report.

1. On December 21, 2007, plaintiff's settlement offer was accepted on behalf of the Attorney General.

2. Once the terms agreed to pursuant to the settlement have been accomplished, a stipulation of dismissal will be filed with the Court. While a majority of the terms of the settlement have been accomplished, there are some terms which are not yet complete.

3. Because progress has been made towards the completion of the terms of the settlement, the parties anticipate that a stipulation of dismissal will be filed within 30 days.

4. Accordingly, the parties recommend that the suspension of proceedings in the instant action continue with the parties to file a joint status report on or before March 5, 2008, if a stipulation of dismissal has not been filed by that date.

5. Plaintiff's counsel has reviewed this Joint Status Report and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this report on behalf of both parties.

Respectfully submitted,

February 4, 2008
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

February 4, 2008
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 4, 2008
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant