# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| SUSAN M. ROHDE, | * | |
| *Plaintiff,* | * | Case No. 05-1226 T |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: February 5, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on February 4, 2008, the Court hereby **CONTINUES** the Stay in this matter. In the event the matter is not dismissed by March 5, 2008, the parties are directed to file a joint status report at that time.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE