IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1226 T

(Judge Loren A. Smith)

SUSAN M. ROHDE,

Plaintiff

v.

THE UNITED STATES,

Defendant

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint and the first and second counterclaims filed against Susan Rohde in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

2/22/08
Date

s/John P. James
JOHN P. JAMES, ESQUIRE
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 339-8131

Attorney for Plaintiff

2/22/08
Date

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

2/22/08
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant